UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 1:21-CV-_____

_____

MAYA MARSHALL and ROBERT MARSHALL, )
    *pro se* Plaintiffs, )
                                )
vs. )
                                )
DUXBURY MIDDLE SCHOOL, )
    Defendant. )

**NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT**
**28 U.S.C. § 1441(a)**

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Petitioner, Duxbury Middle School, respectfully petitions this Court, pursuant to 28 U.S.C. § 1441(a), for removal of the above-entitled action to the United States District Court for the District of Massachusetts, Civil Section, from the Superior Court of the Commonwealth of Massachusetts in and for the County of Plymouth, and for their Notice of Removal state as follows:

1.     The petitioner is named as defendant by the *pro se* plaintiffs in a civil action filed in the Superior Court of the Commonwealth of Massachusetts in and for the County of Plymouth, entitled Maya Marshall, *et al.* vs. Duxbury Middle School, C.A. No. 2183CV0477. On June 15, 2021, the defendant received a copy of the *pro se* plaintiffs' Complaint by certified mail pursuant to Plymouth Superior Court Order dated June 11, 2021. A copy of the Complaint is attached hereto as Exhibit "A." The petitioner has not yet answered or otherwise responded to the Complaint, nor has an appearance been filed in the Superior Court on its behalf.

2.     This is a suit of a wholly civil nature brought in a Massachusetts state court. The action is pending in the Superior Court of the Commonwealth of Massachusetts in and for the

County of Plymouth and, accordingly, under 28 U.S.C. § 101 and § 1441(a), the United States District Court for the District of Massachusetts is the proper forum for removal.

3.      In the Complaint, the *pro se* plaintiffs allege that the defendant violated the "civil liberties" of plaintiffs' minor daughter.  Although no specific remedy or cause of action is pled in the Complaint, the defendant reasonably understands that the *pro se* plaintiffs are seeking relief for defendant's alleged violation(s) of 42 U.S.C. § 1983.

4.      Because this claim arises under the Constitution of the United States, the United States District Court has original jurisdiction over *pro se* plaintiffs' Complaint pursuant to 28 U.S.C. § 1331.  Moreover, because any other claims contained in plaintiffs' Complaint are so related to the "civil rights" claim that they form part of the same case or controversy under Article III of the Constitution of the United States, the United States District Court has supplemental jurisdiction over plaintiff's other claims pursuant to 28 U.S.C. § 1367(a).

5.      The petitioner is filing this Notice of Removal within thirty (30) days of its receipt of the Complaint, within thirty (30) days of the date this action became removable, and within the time for filing this petition.  28 U.S.C. § 1446.

6.      The petitioners will file a Notice of Filing of this Notice of Removal and a copy of this Notice of Removal with the Clerk of the Superior Court in and for the County of Essex.

7.      Pursuant to Local Rule 81.1(a), the petitioner shall request of the Clerk of the Superior Court in and for the County of Plymouth certified or attested copies of all records and proceedings in the state court and certified or attested copies of all docket entries therein, and shall file the same with this Court within thirty (30) days after the filing of this Notice of Removal.

WHEREFORE, the petitioner, Duxbury Middle School, prays that the above-entitled action now pending in the Superior Court of the Commonwealth of Massachusetts in and for the County of Plymouth be removed from that Court to this United States District Court.

Respectfully submitted,

The Petitioner,
DUXBURY MIDDLE SCHOOL,

By its Attorneys,

**PIERCE DAVIS & PERRITANO LLP**

*/s/ John J. Davis*

_____
John J. Davis, BBO #115890
10 Post Office Square – Suite 1100N
Boston, MA 02109
(617) 350-0950
jdavis@piercedavis.com

Dated: July 15, 2021

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on July 15, 2021.

*/s/ John J. Davis*

_____
John J. Davis, Esq.